# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GLAZING HEALTH & WELFARE FUND, et al., | |
| Plaintiff(s), | Case No. 2:13-cv-1106-KJD-NJK |
| vs. | ORDER STAYING DISCOVERY |
| ACCURACY GLASS & MIRROR COMPANY, INC., et al., | (Docket No. 26) |
| Defendant(s). | |

This case was brought against more than 100 Defendants, most of whom have not yet appeared. *See* Docket Nos. 13, 14. Plaintiffs are attempting to settle their claims with some of these non-appearing defendants. *See* Docket No. 26 at 6. The appearing Defendants and Plaintiffs are also in the process of conducting an audit. *Id.* As such, the appearing Defendants and Plaintiffs have sought to stay discovery until February 14, 2014. *See id.* For good cause shown, discovery in this matter shall be **STAYED** until February 14, 2014. In all other respects, the proposed discovery plan (Docket No. 26) is hereby **DENIED** without prejudice. No later than February 7, 2014, Plaintiffs and all appearing Defendants are **ORDERED** to file a renewed joint proposed discovery plan.

IT IS SO ORDERED.

DATED: December 16, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge