UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLAZING HEALTH & WELFARE FUND, et al., ) <br> ) <br>              Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> ACCURACY GLASS & MIRROR CO., et al., ) <br> ) <br>              Defendant(s). ) | Case No. 2:13-cv-01106-KJD-NJK <br><br> ORDER <br><br> (Docket No. 34) |

Pending before the Court is the appearing parties' Proposed Discovery Plan and Scheduling Order. Docket No. 34. The discovery plan makes clear that 27 additional Defendants have been served but have not appeared, that Plaintiff has requested acceptance of service for another 15 Defendants, and that Plaintiffs are attempting service on additional Defendants or actively negotiating resolution with them. *See id.* at 2. Plaintiffs anticipate that all Defendants will be served no later than February 28, 2014. Under the circumstances, the Court hereby **ORDERS** Plaintiffs, Defendants Accuracy Glass & Mirror Company, Inc., Michael A. Lamek, Kelly D. Marshall, and Employers Mutual Casualty Company to exchange initial disclosures no later than **February 28, 2014**. The Court otherwise **DEFERS** setting any of the deadlines proposed by the parties. Instead, Plaintiffs and all Defendants who have appeared as of March 25, 2014, shall confer and submit a revised proposed discovery plan no later than March 31, 2014.

      IT IS SO ORDERED.

      DATED: February 10, 2014

                                                      _____
                                                      NANCY J. KOPPE <br>
                                                      United States Magistrate Judge