**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| GLAZING HEALTH AND WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ACCURACY GLASS & MIRROR COMPANY, INC., *et al.*, <br><br> Defendants. | CASE NO.: 2:13-cv-01106-~~APG~~-NJK  KJD <br><br> ~~PROPOSED~~ <br><br> **ORDER GRANTING MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS AND MOTION TO PERMIT SERVICE BY ALTERNATIVE MEANS** <br><br> Date: N/A <br> Time: N/A |

The Court, having considered Plaintiffs' Motion to Enlarge Time for Service of Process and Motion to Permit Service by Alternative Means (collectively "Motion"), together with Points and Authorities, Declaration of Counsel and Exhibits in support of said Motion, it appearing therefore that a proper Complaint has been filed and that Plaintiffs have exercised due diligence in attempting to locate and serve the Defendant METROFLAG CABLE, LLC and Good Cause Appearing therefore,

IT IS HEREBY ORDERED, that the time for service of process upon Defendant METROFLAG CABLE, LLC is extended to May 29, 2014.

IT IS FURTHER ORDERED, that Defendant METROFLAG CABLE, LLC may be served by Certified Mail, return receipt requested, addressed to said Defendant and for delivery to said Defendant only. Such service shall be effective upon return receipt showing acceptance by the Defendant.

IT IS FURTHER ORDERED, that if delivery of the process by Certified Mail is refused, returned undelivered, or otherwise deemed unsuccessful, process may be served upon Defendant METROFLAG CABLE, LLC by Publication of the Summons in this Case at least once a week for at least four (4) consecutive weeks in a newspaper of general circulation published in Las Vegas, Nevada.

DATED March 14, 2014

_____
UNITED STATES MAGISTRATE JUDGE

Submitted By:

CHRISTENSEN JAMES & MARTIN

By: /s/ Wesley J. Smith

Wesley J. Smith, Esq.
*Attorneys for Plaintiffs*

-2-