ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   alefebvre@klnevada.com
          wschuller@klnevada.com

Attorneys for Defendant
BOARD OF TRUSTEES OF THE CLARK
COUNTY SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLAZING HEALTH AND WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ACCURACY GLASS & MIRROR COMPANY, INC., *et al.*, Defendants. | CASE NO. 2:13-cv-01106-APG-NJK <br><br> ***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER** |

     Alan J. Lefebvre, Esq., and William D. Schuller, Esq., of Kolesar & Leatham, bring this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List.

     Kolesar & Leatham represented Defendant Board of Trustees of the Clark County School District in this matter. On March 13, 2014, Plaintiffs filed with this Court a **Stipulation and Order for Dismissal of Defendant Board of Trustees of the Clark County School District, With Prejudice** [Docket #55]. Therefore, it is no longer necessary that Kolesar & Leatham receive CM/ECF notice.

     Therefore, Kolesar & Leatham requests that it be removed from the CM/ECF service list.

PLEASE TAKE NOTICE that Kolesar & Leatham:

1. Requests to be removed from the mailing matrix on all service lists in these proceedings.

DATED this 25th day of March, 2014.

**KOLESAR & LEATHAM**

By _____
ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant
BOARD OF TRUSTEES OF THE CLARK
COUNTY SCHOOL DISTRICT

## ORDER

IT IS SO ORDERED.

DATED this 26th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KOLESAR & LEATHAM**

By _____
ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Attorneys for Defendant
BOARD OF TRUSTEES OF THE CLARK
COUNTY SCHOOL DISTRICT

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kolesar & Leatham and that on the 25th day of March, 2014, I caused to be served a true and correct copy of foregoing ***EX PARTE MOTION TO REMOVE COUNSEL FRM CM/ECF SERVICE LIST AND ORDER*** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5(D) of the Nevada Rules of Civil Procedure, the above-referenced document was electronically filed on the date hereof and served on all appearing parties through the Notice of Electronic Filing automatically generated by that Court's facilities.

_____
An Employee of KOLESAR & LEATHAM