ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
ADAM R. FULTON, ESQ., Nevada Bar No. 11572
afulton@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

*Attorneys for Defendants Golden Nugget, Inc.,
and GNLV, Corp.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLAZING HEALTH AND WELFARE FUND, et al., <br><br> Plaintiff, <br><br> v. <br><br> ACCURACY GLASS & MIRROR COMPANY, INC., et al., <br><br> Defendant. | CASE NO.:  2:13-cv-01106-JKD-NJK <br><br> ***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER GRANTING MOTION** |

COMES NOW Defendants Golden Nugget, Inc., and GNLV, Corp., by and through its counsel of record, Adam K. Bult, Esq., and Adam R. Fulton, Esq., of Brownstein Hyatt Farber Schreck, LLP, and hereby brings this *Ex Parte* Motion to Remove Counsel From CM/ECF Service List.

The basis of this Motion is that Defendants Golden Nugget, Inc., and GNLV, Corp., were dismissed from this action on May 15, 2014 pursuant to Plaintiffs' Notice of Voluntary Dismissal of Certain Defendants and Claims Only [Fed. R. Civ. P. 41(a)(1)(A)(i)] [Docket 95].

//

//

023430\0025\11345325.1                    1

Therefore, it is no longer necessary that Adam K. Bult, Esq., and Adam R. Fulton, Esq., of Brownstein Hyatt Farber Schreck, LLP receive CM/ECF notice and hereby request that they be removed from the CM/ECF service list.

DATED this 11th day of June, 2014.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Adam R. Fulton
ADAM K. BULT, ESQ., Bar No. 9332
abult@bhfs.com
ADAM R. FULTON, ESQ., Bar No. 11572
afulton@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Golden Nugget, Inc., and GNLV, Corp.*

**ORDER**

IT IS SO ORDERED.

DATED June 12_____, 2014.

_____
United States Magistrate Judge

023430\0025\11345325.1