UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLAZING HEALTH & WELFARE FUND, et al.,<br><br>         Plaintiff(s),<br><br>vs.<br><br>ACCURACY GLASS & MIRROR COMPANY, INC., et al.,<br><br>         Defendant(s). | Case No. 2:13-cv-01106-KJD-NJK<br><br>ORDER DENYING STIPULATION TO EXTEND<br><br>(Docket No. 121) |

Pending before the Court is the parties' stipulation, filed on September 5, 2014, to extend various deadlines established by the scheduling order. Docket No. 121. For example, the parties seek to extend the deadlines to disclose experts and rebuttal experts, *see id.* at 4, both of which have expired, *see* Docket No. 87 at 4. Parties must request extensions to deadlines in the scheduling order at least 21 days before they are set to expire. Local Rule 26-4; *see also* Docket No. 87 at 4. These rules are in place to prevent parties from unnecessarily seeking extensions at the eleventh hour or after the expiration of a deadline. When parties fail to timely request an extension of the deadlines subject to their request, they must establish excusable neglect for the extension sought. *See, e.g.*, Local Rule 26-4.

The parties fail to address (let alone establish) excusable neglect in the pending stipulation with respect to expired deadlines. Accordingly, the stipulation to extend is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: September 8, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge