RICK D. ROSKELLEY, ESQ., Bar # 3192
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
rroskelley@littler.com

Attorneys for Defendant
FLAMINGO LAS VEGAS-OPERATING COMPANY, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLAZING HEALTH AND WELFARE FUND; et al., <br><br> Plaintiff, <br><br> vs. <br><br> ACCURACY GLASS & MIRROR COMPANY, INC., et al., <br><br> Defendants. | Case No. 2:13-CV-01106-KJD-NJK <br><br> **EX PARTE MOTION TO REMOVE COUNSEL RICK ROSKELLEY FROM CM/ECF SERVICE LIST** |

RICK ROSKELLEY, former counsel for FLAMINGO LAS VEGAS-OPERATING COMPANY, LLC (hereinafter "Flamingo"), hereby brings this *ex parte* Motion to Remove Counsel from CM/ECF Service List. Attorney Rick Roskelley of Littler Mendelson no longer works on this matter for Flamingo, as Flamingo was dismissed November 21, 2014, in the Notice of Voluntary Dismissal of Certain Defendants Only, Doc. #132.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas  NV  89169 5937
702 862 8800

Therefore, it is no longer necessary for Rick Roskelley of Littler Mendelson to receive further CM/ECF notices and they respectfully request to be removed from the CM/ECF service list.

Dated: March 19, 2015.

Respectfully submitted,

_____
RICK D. ROSKELLEY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
FLAMINGO LAS VEGAS-OPERATING COMPANY, LLC

**IT IS SO ORDERED.**

Dated this __20th__ day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

2.

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169-5937. On March 19, 2015, I served the within document(s):

**EX PARTE MOTION TO REMOVE RICK ROSKELLEY FROM CM/ECF SERVICE LIST**

[X] by serving the following parties electronically through CM/ECF.

[ ] by facsimile transmission at or about _____ on that date. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

[ ] by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada addressed as set forth below.

[ ] by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Kevin B. Christensen, Esq.<br>Wesley J. Smith, Esq.<br>Christensen James & Martin<br>7440 W. Sahara Avenue<br>Las Vegas, NV 89117<br><br>Attorneys for Plaintiffs | Kurt C. Faux, Esq.<br>Leland K. Faux, Esq.<br>The Faux Law Group<br>1540 W. Warm Springs Road<br>Suite 100<br>Henderson, NV 89014<br><br>Attorneys for Employers Mutual Casualty Company |
| William M. Noall, Esq.<br>Mark S. Dzarnoski, Esq.<br>Gordon Silver<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89169<br><br>Attorneys for Accuracy Glass & Mirror Company, Inc., Michael A. Lamek and Kelly D. Marshall | Jill Garcia, Esq.<br>Anthony L. Martin, Esq.<br>Ogletree, Deakins, Nash & Smoak & Stewart<br>Wells Fargo Tower<br>3800 Howard Hughes Parkway, Suite 1500<br>Las Vegas, NV 89169<br><br>Attorneys for Tropicana Las Vegas, Inc. |
| | |

LITTLER MENDELSON, P C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas NV 89169 5937
702 862 8800

3.

| | |
|---|---|
| Alexandra B. McLeod, Esq.<br>Thorndal Armstrong Delk Balkenbush Eisinger<br>1100 E. Bridger Avenue<br>P.O. Box 2070<br>Las Vegas, NV 89125<br><br>Attorneys for Western National Mutual Insurance Company | Paul T. Trimmer, Esq.<br>Jackson Lewis P.C.<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br><br>Attorneys for Fashion Show Mall, LLC |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2015, at Las Vegas, Nevada.

*/s/ Maribel Rodriguez*
Maribel Rodriguez

Firmwide:132385230.1 013234.2458

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800