RICK D. ROSKELLEY, ESQ., Bar # 3192
RACHEL SILVERSTEIN, ESQ., BAR # 11057
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
rroskelley@littler.com
rsilverstein@littler.com

Attorneys for Defendant
FLAMINGO LAS VEGAS-OPERATING COMPANY, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLAZING HEALTH AND WELFARE FUND; et al.,<br><br>Plaintiff,<br><br>vs.<br><br>ACCURACY GLASS & MIRROR COMPANY, INC., et al.,<br><br>Defendants. | Case No. 2:13-CV-01106-KJD-NJK<br><br>~~EX PARTE~~ **MOTION TO REMOVE COUNSEL RACHEL SILVERSTEIN FROM CM/ECF SERVICE LIST** |

Rachel R. Silverstein, Esq., of the law firm Littler Mendelson, P.C., hereby moves this Court for an Order removing her from the electronic service list for this case.

Rachel R. Silverstein, Esq. is no longer with the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., therefore, no longer represents TROPICANA LAS VEGAS, INC.  As such, counsel is

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

no longer involved in the outcome of this case, and respectfully requests that this Court grant an Order removing her from the electronic service list for this case.

Dated: March 24, 2015.

Respectfully submitted,

*Rachel Silverstein*
RACHEL R. SILVERSTEIN, ESQ.
LITTLER MENDELSON, P.C.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2015.

_____
United States Magistrate Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2.