ANTHONY L. MARTIN
Nevada Bar No. 08177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant Tropicana Las Vegas, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GLAZING HEALTH AND WELFARE FUND; *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>ACCURACY GLASS & MIRROR COMPANY, INC., a Nevada corporation; *et al.*,<br><br>Defendants. | Case No.: 2:13-cv-01106-KJD-NJK<br><br>~~EX PARTE~~ **MOTION TO REMOVE COUNSEL ANTHONY L. MARTIN AND JILL GARCIA FROM CM/ECF SERVICE LIST** |

    ANTHONY L. MARTIN AND JILL GARCIA, counsel for Tropicana Las Vegas, Inc., (hereinafter "Tropicana"), hereby brings this *ex* parte Motion to Remove Counsel from CM/ECF Service List, as Tropicana was dismissed on March 26, 2015, in the Order for Dismissal of Tropicana Las Vegas, Inc. (Doc. # 151), as a party to this litigation.

//
//
//
//
//
//

Therefore, it is no longer necessary for Anthony L. Martin or Jill Garcia to receive further CM/ECF notices and they respectfully request to be removed from the CM/ECF service list.

Dated this 2nd day of April, 2015.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_/s/ Jill Garcia_____
Anthony L. Martin
Jill Garcia
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
*Attorneys for Tropicana Las Vegas, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES Magistrate Judge

April 22, 2015
DATED

2