**Schwartz Flansburg PLLC**
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
frank@sflaw.vegas
Attorneys for Martin-Harris Construction

```
              FILED          RECEIVED
              ENTERED        SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    JUN 2 3 2015

                 CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
         BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLAZING HEALTH AND WELFARE FUND, et al., | Case No.: 2:13-cv-01106-KJD-NJK |
| Plaintiffs, | |
| vs. | |
| ACCURACY GLASS & MIRROR COMPANY, INC., et al., | |
| Defendants. | |

<u>**STIPULATION AND ORDER FOR DISMISSAL OF EMPLOYERS MUTUAL CASUALTY COMPANY, AND M&H ENTERPRISES, INC. DBA MARTIN-HARIS CONSTRUCTION**</u>

Plaintiffs Glazing Health and welfare fund, Southern Nevada Glaziers and Fabricators Pension Trust Fund, Painters, Glaziers and Floorcoverers Joint Apprenticeship and Journeyman Training Trust, Painters, Glaziers and Floorcoverers Safety Training Trust Fund, IUPAT Political Action Committee, Southern Nevada Painters and Decorators and Glaziers Labor Management Cooperation Committee Trust, IUPAT Industry Pension Trust Fund, Southern California, Arizona, Colorado and Southern Nevada Glaziers, Architectural Metal and Glass Workers Pension Trust Fund, (collectively Plaintiffs) by and through the law firm of Christensen James & Martin, Employers Mutual Casualty Company, by and through The Faux Law Group, and M&H Enterprises Inc. dba Martin-Harris Construction, by and through the law firm of

1  Schwartz Flansburg PLLC (collectively "Defendants")(Plaintiff and Defendants collectively as
2  "Parties"), hereby STIPULATE AND AGREE as follows:
3     1.   All claims, counterclaims and defenses arising from this subject matter of this
4  transaction and occurrences belonging to the parties against M&H Enterprises dba Martin-Harris
5  Construction are hereby dismissed with prejudice;
6     2.   All claims, counterclaims and defenses arising from this subject matter of this
7  transaction and occurrences belonging to the parties against Employers Mutual Casualty
8  Company are hereby dismissed with prejudice;
9     3.   All other claims and parties not specifically addressed herein are specifically
10 reserved and shall proceed; and
11    4.   Each party shall bear its own attorneys fees and costs.
12    ITS IS SO STIPULATED.
13 Dated this 8th day of May, 2015.                    Dated this 8th day of May, 2015.
14 CHRISTENSEN JAMES & MARTIN                         THE FAUX LAW GROUP
15 _____                          _____
16 Kevin B. Christensen, Esq.                         Kurt C. Faux, Esq.
   Wesley K. Smith, Esq.                              Leland K. Faux, Esq.
17 7440 West Sahara Ave.                              1540 West Warm Springs Road, Suite 100
   Henderson, NV 89117                                Henderson, NV 89014
18 Attorneys for Plaintiffs                           Attorneys for Employers Mutual Casualty
                                                      Company
19 Dated this 19 day of June, 2015.
20 SCHWARTZ FLANSBURG PLLC
21 _____
   Frank M. Flansburg III, Esq.
22 6623 Las Vegas Blvd. S., Suite 300
   Las Vegas, NV 89119
23 Attorneys for M&H Enterprises Inc.
   dba Martin-Harris Construction
24
25 ///
26 ///
27 ///
   ///

## ORDER

Based upon the foregoing,

IT IS SO ORDERED this __23rd__ day of __June__, 2015.

_____
United States District Judge

SCHWARTZ FLANSBURG PLLC

By_____
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Attorneys for M&H Enterprises, Inc. dba
Martin-Harris Construction