**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| GLAZING HEALTH AND WELFARE FUND, *et al.*, | CASE NO.: 2:13-cv-01106-KJD-NJK |
| Plaintiffs, | **STIPULATION AND ORDER FOR EXTENSION OF DEADLINE FOR SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT ON DAMAGES** |
| vs. | |
| ACCURACY GLASS & MIRROR COMPANY, INC., *et al.*, | **[THIRD REQUEST]** |
| Defendants. | Date: N/A<br>Time: N/A |

The Plaintiff Trust Funds ("Plaintiffs" or "Trusts") and Defendants Accuracy Glass & Mirror Company, Inc., ("Defendant" or "Accuracy"), acting by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1.  On April 12, 2016, pursuant to the Parties' Stipulation and First Request for Extension, the Court entered an Order [ECF No. 183] extending the deadline to April 28, 2016 for the Plaintiffs to file a supplemental motion for summary judgment on damages in response to the March 31, 2016 Order [ECF No. 181] granting Plaintiffs' Motion for Partial Summary Judgment as to Accuracy's breach of contract.

2.  On April 27, 2016, the Parties filed a Second Request for extension of time for the Plaintiffs to file a supplemental motion for summary judgment on damages in response to the March 31, 2016 Order [ECF No. 185] which was granted by the Court [ECF No. 186] and which extended the time for filing the supplemental motion to May 12, 2016.

**CHRISTENSEN JAMES & MARTIN**
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

3.      The Plaintiffs and Defendant have made significant progress on reducing to a writing an agreement as to the amount of damages which will enable them to file a Stipulation and [Proposed] Order that will allow entry of an amount of judgment and which will resolve all remaining issues in this case.

4.      The Plaintiffs and Defendant need additional time to finalize details and exchange necessary supporting documents which are prerequisites to signing and filing the Stipulation and [Proposed] Order.

5.      The Plaintiffs and Defendant agree to extend the deadline for the Plaintiffs to file a supplemental motion for summary judgment on damages an additional 14 days to May 26, 2016.

DATED this 12th day of May, 2016.

CHRISTENSEN JAMES & MARTIN

By: /s/ Wesley J. Smith
Wesley J. Smith, Esq.
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiffs*

GORDON SILVER

By: /s/ Mark D. Dzarnoski
Mark S. Dzarnoski, Esq.
500 N. Rainbow, Suite 120
Las Vegas, NV 89107
*Attorneys for Defendant Accuracy Glass &
Mirror Company, Inc.*

## ORDER

IT IS SO ORDERED.

DATED this __18th__ day of __May__ , 2016.

Kent J. Dawson
United States District Judge

Submitted By:

CHRISTENSEN JAMES & MARTIN

By: /s/ Wesley J. Smith
Wesley J. Smith, Esq.
*Attorneys for Plaintiffs*

-2-